# SAPONE & PETRILLO, LLP

| MANHATTAN | LONG ISLAND |
|---|---|
| 40 Fulton Street, 17th Floor<br>New York, New York 10038<br>Telephone: (212) 349-9000<br>Facsimile: (212) 349-9003<br>E-mail: ed@saponepetrillo.com | 1103 Stewart Avenue, Suite 200<br>Garden City, New York 11530<br>Telephone: (516) 678-2800<br>Facsimile: (516) 977-1977<br>E-mail: bill@saponepetrillo.com |

May 6, 2024

**BY ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Donald Leid*; 22 Cr. 640 (KMK)

Dear Judge Karas:

I represent Donald Leid in the above referenced case. I write to request that the Court allow Xavier Donaldson, Esq. to appear on my behalf for Mr. Leid at the status conference scheduled for May 9, 2024, at 10:30am. I am currently engaged in a jury trial in U.S. District Court for the District of Minnesota before the Honorable Nancy E. Brasel in USA v. Farah, et al, Criminal No. 22-124 (NEB/TNL), which trial is expected to continue for an additional four weeks from today. Mr. Leid is aware that I am engaged on trial in Minnesota.

Your Honor's consideration is very much appreciated.

Granted.
So Ordered.
[signature]
5/6/24

Respectfully submitted,

*Edward V. Sapone*
Edward V. Sapone (ES-2553)
Sapone & Petrillo, LLP

cc: All Counsel (By ECF)