# SAPONE & PETRILLO, LLP

*Boutique Litigation Law Firm*
40 Fulton Street / 17th Floor
New York, NY 10038
(O): (212) 349-9000
(E): ed@saponepetrillo.com
www.saponepetrillo.com

September 20, 2024

**BY ECF**
The Honorable Kenneth M. Karas
United States District Court for the
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

> Re: *United States v. Sampson (Donald Leid)*
> Indictment No. 22 Cr. 640 (KMK)

Dear Judge Karas:

I am CJA counsel to Defendant Donald Leid, and write to request that the Court approve my use of an additional CJA counsel as an associate attorney to assist me on this case with discovery review and meeting with Mr. Leid at the Westchester Counsel jail. There is a lot of discovery in this case, and Mr. Leid is a defendant who actively reviews his discovery, has lots of intelligent questions and requires consistent contact with counsel.

Your Honor's consideration is very much appreciated.

Granted.
So Ordered.
9/20/24

Respectfully submitted,

*Edward V. Sapone*
Edward V. Sapone (ES-2553)
Sapone & Petrillo, LLP

cc: All Counsel (By ECF)