U.S. Department of Justice

United States Attorney
Southern District of New York

United States Attorney's Office
50 Main Street, Suite 1100
White Plains, New York 10606

October 9, 2025

**BY ECF AND EMAIL**
The Honorable Kenneth M. Karas
United States District Judge
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Kashad Sampson, et al.*, No. S3 S2 22 Cr. 640 (KMK)

Dear Judge Karas:

The Government writes respectfully to request the following sentencing adjournments with the consent of all counsel. The Government also requests that the associated sentencing submission deadlines be adjourned.

1. The Government requests that the sentencing of Dejon Scott be adjourned to November 25, 2025, at 11:00 a.m.

2. The Government requests that the sentencing of Bruce Allen be adjourned to December 16, 2025, at 11:30 a.m.

3. The Government requests that the sentencing of Donald Leid be adjourned to December 8, 2025, at 2:00 p.m.

Respectfully submitted,

Granted.

So Ordered.
/s/ [signature]
10/10/25

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/
Jennifer N. Ong
Ryan W. Allison
Margaret N. Vasu
Assistant United States Attorneys
Tel: 212-637-2224 / -2474 / 914-993-1926

cc: Counsel of Record (via ECF)